UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | Case Number: 7:08-CR-367   (GHL) |
| **CHRISTINA M. SAMFILIPPO** | |
| | Eric T. Swartz, Esq. |
| | Attorney for Defendant |

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] as to Count 2 of the Information.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Malicious Destruction of Property: wrongful damage to government property, in violation of Title 18 United States Code, Section 1361.

**DATE OFFENSE CONCLUDED:**       May 25, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $400.00 and special assessment of $5.00.  Total of the fine and special assessment amounts to $405.00, payable no later than 10/13/08.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** Count 1 of the Information is dismissed on motion of the United States.

\_\_\_August 13, 2008_____
Date of Imposition of Sentence


\_\_\_August 19, 2008_____           _____/s/ George H. Lowe_____
DATE SIGNED                                             GEORGE H. LOWE
                                                        U.S. Magistrate Judge